THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GENERO GURRO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIDNEY SZERLIP, Administrator, etc., of NATHAN SZERLIP, Deceased, Appellant, v. HENRY M. GOLDFOGLE and Others, as Commissioners of Taxes and Assessments of the City of New York, Respondents.— Order dismissing petition of relator for writ of certiorari unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HARRY SCHNELL and Another, Copartners, etc., Respondents, v. SOL PERLMON, Trading under the Firm Name and Style of DETROIT CELERY AND PRODUCE COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

VILLAGE OF LARCHMONT, Respondent, v. TOWN OF MAMARONECK, Appellant.— Judgment modified to read as follows: " Adjudged and decreed that the defendant Town of Mamaroneck, its officers and agents and servants, be and they hereby are permanently enjoined from in any manner interfering with the construction of any buildings upon the premises of the plaintiff within the Town of Mamaroneck, held for public use, designed and erected for the purpose of carrying that public use into execution and from so enforcing the zoning ordinance of the Town of Mamaroneck mentioned in the complaint with respect to said premises or any part thereof as would interfere with the execution of the public use for which said premises are held," and as so modified judgment unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

In the Matter of the Petition of HENRY G. TREVOR to Obtain a Determination as to the Validity, Construction and Effect of the Disposition of Property Contained in the Last Will and Testament of JOHN B. TREVOR, Deceased.— Motion for reargument granted, and case set down for Friday, March 14, 1924, at ten o'clock A. M., for argument. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ISAAC P. HARRIS, Appellant, v. MARY BRADSHAW and Others, Respondents.— Motion to dismiss appeal dismissed, without costs. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

JAMES F. NUNO, Respondent, v. NUGENT CONSTRUCTION CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: Is the plaintiff in this case entitled to summary judgment under rule 113 of the Rules of Civil Practice? Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

ABRAHAM BOSKOFF, Respondent, v. CHARLES BENNETT CONTRACTING COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.

LEAH BOSKOFF, Respondent, v. CHARLES BENNETT CONTRACTING COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Kapper, JJ.